UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) ) ) | (Joint Administration Requested) |

## NOTICE OF DESIGNATION AS COMPLEX
## CHAPTER 11 BANKRUPTCY CASES

The above-captioned debtors (collectively, the "Debtors") commenced these chapter 11 cases on May 10, 2019. The Debtors believe that these chapter 11 cases qualify as complex chapter 11 bankruptcy cases because:

X    The Debtors' total debt exceeds $10 million;

X    There are more than 50 parties in interest in these chapter 11 cases;

X    Certain debt claims against the Debtors are publicly traded; and

X    Equity interests in the Debtors are publicly traded.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd., and Bristow Equipment Leasing Ltd.  The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

Dallas, Texas
Dated: May 11, 2019

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/ James R. Prince*
James R. Prince, State Bar No. 00784791
Omar J. Alaniz, State Bar No. 24040402
Ian E. Roberts, State Bar No. 24056217
Kevin Chiu, State Bar No. 24109723
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
Email: jim.prince@bakerbotts.com
  omar.alaniz@bakerbotts.com
  ian.roberts@bakerbotts.com
  kevin.chiu@bakerbotts.com

-and-

Emanuel C. Grillo,
(*pro hac vice* admission pending)
Chris Newcomb.
(*pro hac vice* admission pending)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York  10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
  chris.newcomb@bakerbotts.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**WACHTELL, LIPTON, ROSEN & KATZ**

Richard G. Mason
(*pro hac vice admission pending*)
Amy R. Wolf
(*pro hac vice admission pending*)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
  arwolf@wlrk.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on May 11, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              */s/ James R. Prince*
                                                              James R. Prince