# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) Case No. 19-32713 (DRJ) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND PAPERS

Please take notice that the undersigned is counsel for Lombard North Central plc ("Lombard") in the above-referenced cases and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

| | |
|---|---|
| James L. Bromley | Timothy A. ("Tad") Davidson II |
| David R. Zylberberg | David A. Zdunkewicz |
| **SULLIVAN & CROMWELL LLP** | Ashley L. Harper |
| 125 Broad Street | **HUNTON ANDREWS KURTH LLP** |
| New York, New York 10004-2498 | 600 Travis Street, Suite 4200 |
| Telephone: (212) 558-4000 | Houston, Texas 77002 |
| Facsimile: (212) 558-3588 | Telephone: (713) 220-4200 |
| E-mail: bromleyj@sullcrom.com | Facsimile: (713) 220-4285 |
| zylberbergd@sullcrom.com | Email: taddavidson@HuntonAK.com |
| | dzdunkewicz@HuntonAK.com |
| | ashleyharper@HuntonAK.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Please take further notice that neither this Notice of Appearance nor any prior or later appearance, pleading, claim or suit waives (i) any right to have adjudicated by an Article III court any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies or (v) any other substantive or procedural right, claims, actions, defenses, setoffs or recoupments to which Lombard is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of this Court over Lombard, all of which rights, claims, actions, defense, setoffs and recoupments Lombard expressly reserves.

Please take further notice that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments against debtors or any other entity either in these cases or in any other actions are expressly reserved.

| Dated: May 12, 2019 | Respectfully submitted, |
|---|---|
| */s/ Timothy A. ("Tad") Davidson II* | |
| Timothy A. ("Tad") Davidson II (TX Bar No. 24012503) | James L. Bromley (*pro hac vice* pending) |
| David A. Zdunkewicz (TX Bar No. 22253400) | David R. Zylberberg (*pro hac vice* pending) |
| Ashley L. Harper (TX Bar No. 24065272) | **SULLIVAN & CROMWELL LLP** |
| **HUNTON ANDREWS KURTH LLP** | 125 Broad Street |
| 600 Travis Street, Suite 4200 | New York, New York 10004-2498 |
| Houston, Texas 77002 | Telephone: (212) 558-4000 |
| Telephone: (713) 220-4200 | Facsimile: (212) 558-3588 |
| Facsimile: (713) 220-4285 | E-mail: bromleyj@sullcrom.com |
| E-mail: taddavidson@HuntonAK.com | zylberbergd@sullcrom.com |
| dzunkewicz@HuntonAK.com | |
| ashleyharper@HuntonAK.com | *Co-Counsel for Lombard North Central plc* |

*Co-Counsel for Lombard North Central plc*

HOU:3950227.2

## CERTIFICATE OF SERVICE

I certify that on May 12, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

HOU:3950227.2