Neil J. Orleans
State Bar No. 15303500
Neil.orleans@judithwross.com
**Ross & Smith, PC**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-758-7306
Facsimile: 214-377-9409

**Attorneys for Aviall Services, Inc.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 19-32713 (DRJ)** |
| | § | |
| **Bristow Group, Inc. et.al.** | | **( Joint Administration Requested)** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE THAT** the undersigned hereby appear as attorneys for Aviall, Services, Inc. ("Aviall"). Such counsel hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

> Neil J. Orleans
> Ross & Smith, PC
> 700 N. Pearl Street, Suite 1610
> Dallas, Texas 75201
> Telephone: 214-758-7306
> Facsimile: 214-377-9409
> Email: Neil.orleans@judithwross.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Aviall.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive

> (1) Aviall's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Aviall's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) Aviall's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Aviall expressly reserves.

Date: May 13, 2019

**Ross & Smith, PC**

/s/ Neil J. Orleans

Neil J. Orleans
State Bar No. 15303500
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-758-7306
Fax:  214-377-9409
Email: Neil.orleans@judithwross.com

**Attorneys for Aviall Services, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on May 13, 2019, via ECF-Electronic Notice on all parties receiving ECF-Notice in this case.

/s/ Neil J. Orleans
Neil J. Orleans