✎AO 436
(Rev. 12/04)

Administrative Office of the United States Courts

**CD/ TAPE ORDER**

*Read Instructions on Next Pag*e.

| 1. NAME   James R. Prince | | 2. PHONE NUMBER   214 953 6612 | 3. DATE   May 15, 2019 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS   Baker Botts LLP, 2001 Ross Avenue, Suite 900 | | 5. CITY   Dallas | 6. STATE   TX | 7. ZIP CODE   75201 |
| 8. CASE NUMBER   19-32713 | 9. CASE NAME   Bristow Group Inc., et al. | DATES OF PROCEEDINGS | | |
| | | 10. FROM May 14, 2019 | 11. TO May 14, 2019 | |
| 12. PRESIDING JUDGE   Hon. David R. Jones | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY   Houston | 14. STATE   Texas | |

15. ORDER FOR

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☒ BANKRUPTCY

☐ NON-APPEAL     ☐ CIVIL             ☐ IN FORMA PAUPERIS             ☐ OTHER (Specify)

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire Hearing | |
| ☐ BAIL HEARING | | | |

17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | |
| CERTIFICATION (18. & 19.)   By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | |

| 18. SIGNATURE   /s/ James R. Prince | 19. DATE   May 15, 2019 | |
|---|---|---|
| PROCESSED BY | PHONE NUMBER | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | |

**DISTRIBUTION:**          COURT COPY          ORDER RECEIPT          ORDER COPY