# **EXHIBIT B**

DECLARATION OF AMY R. WOLF

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRISTOW GROUP INC., *et al.*,[1] | ) | Case No. 19-32713 (DRJ) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DECLARATION OF AMY R. WOLF IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WACHTELL, LIPTON, ROSEN & KATZ AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Amy R. Wolf, being duly sworn, state the following under penalty of perjury:

1.      I am of counsel to the law firm of Wachtell, Lipton, Rosen & Katz ("Wachtell Lipton"), in its office located at 51 West 52nd Street, New York, New York, 10019.  I am a member in good standing of the Bar of the State of New York.  I have been admitted to the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York, among others.  I have been admitted *pro hac vice* to the United States Bankruptcy Court for the Southern District of Texas in the Chapter 11 Cases. There are no disciplinary proceedings pending against me.

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Wachtell,*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd., and Bristow Equipment Leasing Ltd.  The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

*Lipton, Rosen & Katz as Co-Counsel for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "<u>Application</u>").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.  If called to testify, I could and would testify to the matters set forth herein.

3.      I have carefully reviewed the Application.  To the best of my knowledge, information, and belief, each of the factual representations contained in the Application is true and correct.

<u>WACHTELL LIPTON'S QUALIFICATIONS</u>

4.      Wachtell Lipton enjoys a reputation as having one of the nation's leading restructuring practices, and is regularly involved in the largest, most complex and demanding restructuring matters.  Wachtell Lipton also enjoys a global reputation in the fields of mergers and acquisitions, corporate governance, and the handling of complex transactions both in the United States and around the world.

5.      Through its long-standing relationship with the Debtors, and in its preparation for the representation of the Debtors in the Chapter 11 Cases, Wachtell Lipton has developed substantial expertise with respect to the Debtors' businesses, their financial structure, and the legal issues that may arise in the context of the Chapter 11 Cases.

6.      For all the reasons stated herein and in the Application, I believe that Wachtell Lipton is both well-qualified and uniquely able to represent the Debtors in the Chapter 11 Cases.

<u>SERVICES TO BE PROVIDED</u>

7.      Subject to the approval of this Court, Wachtell Lipton intends to provide the legal services described in the Application to the Debtors.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

8. As described in the Application, Wachtell Lipton will work closely with Baker Botts to avoid unnecessary duplication of effort and to jointly represent the Debtors in an efficient and cost-effective manner.

### PROFESSIONAL COMPENSATION

9. Wachtell Lipton intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. Wachtell Lipton will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with its legal services by category and nature of the services provided.

10. As described in the Application, Wachtell Lipton began its representation of Bristow in 1997, when Bristow operated under the name Offshore Logistics, Inc. Since then, Wachtell Lipton has represented Bristow as corporate governance and board counsel, and on certain corporate, compliance and merger and acquisition matters. Wachtell Lipton ordinarily billed the Debtors under a transaction-based flat-fee arrangement for these services.

11. In December 2018, Wachtell Lipton began providing prepetition restructuring counsel to Bristow. Wachtell Lipton charged for these restructuring services at its standard hourly rates.

12. Wachtell Lipton intends to continue charging for its services at its standard hourly rates. This fee arrangement does not represent any variation from, or alternative to, Wachtell Lipton's standard billing arrangements for matters that are billed on an hourly basis. Wachtell

Lipton has not varied its rates based on the filing of the Chapter 11 Cases or the geographic location of the Chapter 11 Cases.

13.     A list of the professionals who presently are expected to have primary responsibility for providing services to the Debtors, and their respective rates for this matter, is set forth in the Application.  Other Wachtell Lipton professionals and paraprofessionals may provide services to the Debtors, and will charge rates similar to those of the professionals disclosed in the Application.

### COMPENSATION RECEIVED BY WACHTELL LIPTON FROM THE DEBTORS

14.     Wachtell Lipton has provided, and agrees to continue to provide, legal counsel to the Debtors in these Chapter 11 Cases as set forth in the Application.  The invoiced amounts that Wachtell Lipton has charged Debtors for professional services and the reimbursement of reasonable and necessary expenses during the 90-day period before the Petition Date are set forth in the table below.

| Type of Transaction | Billed Amount | Invoice Date | Invoice Payment Date | Pre-Invoice Retainer Balance | Net Retainer Amount |
|---|---|---|---|---|---|
| Invoice & Payment | $2,925,000 | 2/14/19 | 3/11/19 | $0 | $0 |
| Invoice & Payment | $1,000,000 | 4/12/19 | 4/29/19 | $0 | $0 |
| Initial Retainer & Payment | $1,215,000 | 5/6/19 | 5/10/19 | $0 | $600,000 |

15.     As of the Petition Date, the Debtors did not owe Wachtell Lipton any amounts for legal services rendered before the Petition Date.  Wachtell Lipton has agreed not to share compensation received in connection with that case with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of sharing of compensation among Wachtell Lipton's partners.

## WACHTELL LIPTON'S DISINTERESTEDNESS

16.     Wachtell Lipton maintains records for each matter in which it is involved. Additionally, Wachtell Lipton regularly communicates certain information to its partners when any new matter is undertaken by Wachtell Lipton, including the identities of the client, any opposing parties, and the subject matter of the representation.  These systems and processes assist Wachtell Lipton in its ongoing efforts to avoid disqualifying conflicts of interest in the representations it accepts.

17.     In connection with its proposed retention by the Debtors in the Chapter 11 Cases, the Debtors, or their professionals, identified a list of approximately 1,380 names of potential parties in interest (the "Potential Parties in Interest").  Those names are listed on Schedule 1 and divided into the following categories:[3]

> ABL Facility Lenders
> Aircraft Manufacturers
> Bank Lenders
> Bankruptcy Professionals
> Bondholders
> Current Directors and Officers
> Debtors
> Equipment Leases
> Former Directors and Officers
> Insurers
> Landlords
> Litigation Parties
> Material Non-Debtor Affiliates
> Secured Equipment Facility Lenders
> Significant Competitors
> Significant Equity Holders
> U.S. Regulatory Agencies
> Unions
> Unsecured Noteholders
> Vendors/Creditors

---

[3]  This information may change during the pendency of the Chapter 11 Cases.  Accordingly, Wachtell Lipton will update this Declaration as necessary and when Wachtell Lipton becomes aware of additional information material to the representation.

18.     At my direction and under my close supervision, employees of Wachtell Lipton searched the firm's records for its connections to the Potential Parties in Interest to assist in determining whether Wachtell Lipton had any conflicts or other relationships with these entities that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.[4]  In addition to the search of Wachtell Lipton's records, requests were sent to each Wachtell Lipton partner and of counsel seeking information about all matters in which a Potential Party in Interest was identified as being a client of the firm, or for any other representation known to that partner or of counsel related to the Debtors.  Based on my search of the records and the results of the information requests, I believe that this Declaration presents all relevant material facts related to Wachtell Lipton's representations of the Potential Parties in Interest within the last three years.  Each Potential Party in Interest for which Wachtell Lipton may have provided legal services within the three years prior to the Petition Date is disclosed on Schedule 2 annexed hereto.  To the best of my knowledge, all such representations of these parties listed on Schedule 2 are unrelated to these cases.[5]

19.     Based on the search described above, to the best of my knowledge, neither I, Wachtell Lipton, nor any professional thereof, has any connection with the Debtors, their creditors or any other parties in interest, or their respective professionals, except as disclosed or

---

[4]   In searching the firm's records, some of the companies whose names were used may have affiliates for which Wachtell Lipton may have done unrelated work.  Certain Potential Parties in Interest may be involved in unrelated matters in which Wachtell Lipton represents or represented another party (*e.g.*, a defendant or co-defendant in unrelated litigation) or pays or paid fees on behalf of clients of Wachtell Lipton.

[5]   This Declaration and Schedule 2 hereto do not include parties in interest if Wachtell Lipton's only connection is that a current Wachtell Lipton professional or paraprofessional represented that entity while at a former law firm.  However, to the best of Wachtell Lipton's knowledge, such representations were unrelated to these Debtors.

otherwise described herein.  To the best of my knowledge, (a) Wachtell Lipton is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates.

20.     Wachtell Lipton and its personnel have and will continue to have relationships in the ordinary course of business with certain financial institutions, landlords, vendors, professionals, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases.  Wachtell Lipton also may provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, the Debtors or their Chapter 11 Cases.

21.     Wachtell Lipton and its professionals in their individual capacities regularly utilize the services of law firms, accounting firms, and financial advisors.  Such firms engaged by Wachtell Lipton or its professionals may appear in these Chapter 11 Cases representing the Debtors or other parties in interest.  All engagements where such firms represent Wachtell Lipton or any of its professionals in their individual capacities are unrelated to these Chapter 11 Cases.

22.     From time to time, Wachtell Lipton and its professionals personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (collectively, the "Investment Funds"), through which such Wachtell Lipton professionals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors or their affiliates, without the Wachtell Lipton professional's knowledge.  Individually, Wachtell Lipton professionals do not manage, or otherwise control, such Investment Funds, and have no influence over the Investment Funds'

7

decisions to buy, sell, or vote any particular security.  The Investment Funds generally are operated as blind pools, such that when a Wachtell Lipton professional makes an investment in an Investment Fund, he or she has no knowledge of or control over which securities the blind pool will purchase or sell.

23.     Certain insurance companies in their capacity as insurance providers to our clients pay such client's legal bills.  Some of these insurance companies may be involved in the Chapter 11 Cases.  None of these insurance companies, however, are Wachtell Lipton clients solely as a result of the fact that they pay legal fees on behalf of a Wachtell Lipton client.

24.     Certain Potential Parties in Interest, although not clients of Wachtell Lipton, were or are members of ad hoc groups of creditors represented by the firm in matters unrelated to the Debtors.  Such persons are included on Schedule 2.

25.     For the avoidance of doubt, Wachtell Lipton will not commence a cause of action in the Chapter 11 Cases against parties identified on Schedule 2 unless Wachtell Lipton has an applicable waiver on file or first receives a waiver from such party allowing Wachtell Lipton to commence such an action, or it is determined that any representation of such client has terminated.  To the extent that a waiver does not exist or is not obtained from a current client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by other counsel.

26.     Wachtell Lipton will periodically review its records during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. Wachtell Lipton will use reasonable efforts to identify such further developments, and if necessary will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

## SPECIFIC DISCLOSURES

27.     Certain interrelationships exist among the Debtors.  Wachtell Lipton recognizes that there may be potential conflicts inherent in its concurrent representation of the Debtors. Nonetheless, Wachtell Lipton believes that such potential conflicts are non-material for practical purposes and that the Debtors' interests and strategies are fundamentally aligned for purposes of receiving bankruptcy-related advice.  Therefore, it is to the Debtors' advantage to collectively employ Wachtell Lipton as bankruptcy co-counsel for both economic and administrative efficiency.

28.     Notwithstanding the foregoing, Wachtell Lipton's joint representation of the Debtors will be limited to those matters in which the Debtors' interests are aligned on all material issues.  If the Debtors' interests should become materially adverse with respect to any issue, then Wachtell Lipton will recommend to the Debtors that one or more of them retain separate counsel with respect to that issue and, upon such recommendation, one or more Debtors will seek Court approval to retain independent counsel for such matter as appropriate.

## AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

29.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, (a) Wachtell Lipton is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Wachtell Lipton has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

## APPENDIX B GUIDELINES RESPONSES

30.     Wachtell Lipton intends to use its reasonable best efforts to comply with the

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1,

2013 (the "Appendix B Guidelines").  To that end, Wachtell Lipton provides the following

statements in response to the request for additional information set forth in Part D.1. of the

Appendix B Guidelines:

> Question: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
> Response:  No.
> Question: Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
> Response:  No.
> Question: If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.
> Response:   In the past, for non-bankruptcy matters, Wachtell Lipton has billed on a transaction-based flat-fee basis.   Going forward, Wachtell Lipton will bill at its customary hourly rates as described in the Application.  On information and belief, this change in billing method will not increase Wachtell Lipton's total bills to the estate.
> Question: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
> Response:   The Debtors have approved a prospective budget for Wachtell Lipton's engagement for the postpetition period.  The budget may be amended as necessary to reflect changed or unanticipated circumstances.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  June 10, 2019                                    Respectfully submitted,

_____

Amy R. Wolf

# SCHEDULE 1

## List of Potential Parties-in-Interest

ABL Facility Lenders
Barclays Bank Plc
Credit Suisse AG, Cayman Islands Branch
Natixis Beyond Banking
Santander UK plc
U.S. Bank National Association

Aircraft Manufacturers
Airbus Aeronautics Company
Ariel Investments, LLC
The Sikorsky Aircraft Corporation

Bank Lender
Citibank N.A.
Hancock Whitney Bank
Natixis S.A.

Bondholders
Aristeia Capital, LLC
BlackRock Advisors, LLC
BlackRock Financial Management, Inc.
DW Partners, LP
Highbridge Capital Management (UK) Ltd.
Highbridge Capital Management LLC
Oak Hill Advisors, LP
Whitebox Advisors, LLC
U.S. Bank National Association

Current Directors and Officers
A. William Higgins
Alan Corbett
Biggs C. Porter
Bo Underwood
Brian J. Allman
E. H. Underwood III
Gaurdie Banister Jr.
Geoff Carpenter
Ian A. Godden
James Kennedy
Justin D. Mogford
L. Don Miller

Lori A. Gobillot
Mary Wersebe
Robert Phillips
Thomas C. Knudson
Thomas N. Amonett

Debtors
BHNA Holdings Inc. (DE)
BriLog Leasing Ltd (Cayman)
Bristow Alaska Inc. (AK)
Bristow Equipment Leasing Limited (Cayman)
Bristow Equipment Leasing Ltd. (Cayman)
Bristow Group Inc. (DE)
Bristow Helicopters Inc. (DE)
Bristow U.S. Leasing L.L.C. (DE)
Bristow U.S. LLC (LA)

Debtors' Professionals
Alvarez & Marsal
Dennard Lascar Associates, LLC
DLA Piper
Houlihan Lokey
Reevemark LLC
Wachtell, Lipton, Rosen & Katz
Capgemini U.S. LLC
DeBee Clark, PLLC
Gilchrist Aviation
D'Onofrio Consulting Group LLC
Pinheiro Neto Advogados

Equipment Leases
Aircraft MSN 2924 Trust
Aircraft MSN 920166 Trust
Aircraft MSN 920167 Trust
Aircraft MSN 920169 Trust
Aircraft MSN 920171 Trust
Aircraft MSN 920214 Trust
Aircraft MSN 920222 Trust
Aircraft MSN 920225 Trust
Aircraft MSN 920234 Trust
Aircraft MSN 920235 Trust
Aircraft MSN 920248 Trust
Aircraft MSN 920251 Trust
Capital One Equipment Finance Corp.
ECN Capital Corp.
GM Leasing Company, LLC

HeliFleet 2013-01, LLC
Knut Axel Holding AS
Leonardo Finmeccanica-Societa per azioni
Leonardo MW LTD
Lombard North Central Plc
Macquarie Aerospace Inc.
Macquarie Bank Limited
Macquarie Leasing Inc.
Macquarie Rotorcraft Leasing Holdings Limited
Macquarie Rotorcraft Leasing, Inc.
Milestone Export Leasing, Limited
MSN 31312 Trust
MUFG Americas Capital Leasing & Finance, LLC
PNC Bank, National Association
Salmon River Export LLC
Sumitomo Mitsui Banking Corporation Europe Limited
Sumitomo Mitsui Banking Corporation, Brussels Branch
The Huntington National Bank
The Milestone Aviation Asset Holding Group No. 1 Ltd.
The Milestone Aviation Asset Holding Group No. 11 Ltd.
The Milestone Aviation Asset Holding Group No. 12 Ltd.
The Milestone Aviation Asset Holding Group No. 19 Ltd.
The Milestone Aviation Asset Holding Group No. 25 Ltd.
The Milestone Aviation Asset Holding Group No. 8 Ltd.
The Milestone Aviation Asset Holding Group No. 9 Ltd.
The Milestone Aviation Group Limited
TVPX Aircraft Solutions Inc.
VIH Aviation Group Ltd.
Waypoint Asset Company 11 Limited
Waypoint Asset Company 3 Limited
Waypoint Asset Company 8 Limited
Waypoint Asset Company 9 Limited
Waypoint Asset Company Number 1 (Ireland) Limited
Wells Fargo Trust Company, National Association
Wilmington Trust SP Services (Dublin) Limited

Former Directors and Officers
Bruce H. Stover
David C. Gompert
Jonathan E. Baliff
Mathew Masters
Stephen A. King

Insurers
ACE European Group Ltd
AFCO - Premium Finance

AGCS Marine Insurance Company
AIG- American International Group, Inc.
AIG Europe Ltd
AIICO Insurance PLC
Aviva Insurance PLC
AXAXL as R/I of Leadway
AXIS Capital Insurance Company
Beazley Insurance Company, Inc
Bureau of Customs and Border Protection
Chubb Insurance Company
DNB ASA Financial Services Company
Dual Corporate Risks Ltd
Endurance American Insurance Company
Endurance American Specialty Insurance Company
Evanston Insurance Company
Federal Insurance Company
First Specialty Insurance Corp
GIO General
Global Aerospace {payable thru Aon}
Great American Insurance Company
Guardian General Insurance Limited
Illinois National Insurance Company
Independent Specialty Insurance Company
International Carrier Customs
Interstate Fire & Casualty Company
Kingsmill Insurance Company Limited
Liberty Specialty
Lloyds of London Syndicate 9569
Lloyds Underwriters via AUM
National Union Fire Insurance Co of Pittsburgh, PA
Navigators Insurance Company
QBE Europe Ltd
Royal & Sun Alliance via AUM
Starr Indemnity & Liability Company, Inc.
The Ohio Casualty Insurance Company
The Storebrand Group
Tryg A/S
U.S. Specialty Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Insurance PLC

<u>Landlord</u>
Albert John Crain
Brazoria County Airport

Cal Dive International Inc.
Carolyn Jacob Harper
Clima Secure Storage LLC
Coral Lee Crain Byrd
Corina Pitre Ledet
Dennis Adolph
Dunbar Meadow LLC
Edgewater Apartments
EMAS - AMC
ExxonMobil Corporation
F.J. Camacho (Guyana) Inc.
Frank J. Adoplh, Jr
Frontica Business Solutions Inc.
Greater Lafourchre Port Commission
Helo Holdings, Inc.
Houma Terrebonne Airport Commission
Iberia Parish Airport Authority
Jerry Ledet
John Paul Crain QTP Trust No. 1
Lakeside At Campeche
LJG Investments, LLC
Lonnie Glenn Harper
Magnolia Place Apartments
Malcolm Lyle Crain
Martin - Theriot Holdings, LLC
Minden Tahoe Aviation Ltd
Mohan Tilani
Neil Randall Crain
PKY-2101 CityWest 3 & 4, L.P.
Rebecca Pierce Boffy
Reserve at Squirrel Run, L.L.C.
Summer House Apartments
Sunil Gupta
The Department of Transportation and Development, State of Louisiana
Vallee Land L.L.C
Walter Land Company
Whitestone Inc.

Litigation Parties
American Supply Company
Andy Wise
Briscoe Law Firm
BRS Investor Group
Daniel Lilienfeld
Denesh Maharajh
Estate of Sofia Befon

Free Air
Gardy & Notis LLP
Glancy Prongay & Murray LLP
Jen Andersen
Kirby McInerney LLP
Levi & Korsinsky, LLP
Lewis, Kullman, Sterbcow & Abramson, LLC
Lloyd McKinney
St. Martin & Bourque LLC
Susman Godfrey LLP
The Bilek Law Firm, L.L.P.
The Registration, Recognition, And Certification Board
Global Value Investment Corp.
Helitalia Spa
Hunton Andrews Kurth LLP
Jackson Hewett
Jeff Geygan
Kendall Law Group, PLLC
Nichole Duplantis
Piarco International Hotel
Pomerantz LLP
Ricardo Ltd
Sikorsky Aircraft Corporation
Svetlana Kokareva
The Huntington National Bank
Vedder Price P.C.

<u>Material Non-Debtor Affiliates</u>
Air Kilroe Limited (UK)
Air South West Limited (UK)
Aircraft Logistics Pty. Ltd. (AUS)
Aircrew Logistics Pty. Ltd. (AUS)
Airnorth Fleet Pty. Ltd. (AUS)
ALN, Inc. (DE)
Asia Pacific Air Pty Ltd (AUS)
Atyrau-Bristow Airways Service (Kazakhstan)
BGI Aviation Services UK LP (UK)
BGI Aviation Technical Services (Overseas) Limited (UK)
BGI Aviation Technical Services Nigeria Limited (Nigeria)
BGI International Ltd. (Cayman)
BL Holdings B.V. (Netherlands)
BL Holdings II C.V. (Netherlands)
BL Scotia LP (Scotland)
BL US Holdings LLC (DE)
Bristow (UK) LLP (UK)
Bristow Aerial Solutions Limited (UK)

Bristow Aircraft Leasing Limited (UK)
Bristow Aviation Holdings Limited (UK)
Bristow Canada Holdings Inc. (British Columbia)
Bristow Canadian Real Estate Company Inc. (British Columbia)
Bristow Caribbean Limited (Trinidad)
Bristow Caribbean Limited (Trinidad/Tobago)
Bristow Cayman Ltd. (Cayman)
Bristow Global Support Services LLC (DE)
Bristow Helicopter Group Limited (UK)
Bristow Helicopters (Ghana) Limited (Ghana)
Bristow Helicopters (International) Limited (UK)
Bristow Helicopters (International) Ltd (UK)
Bristow Helicopters (Nigeria) Limited (Nigeria)
Bristow Helicopters Australia Pty Ltd (AUS)
Bristow Helicopters Leasing Limited (UK)
Bristow Helicopters Limited (UK)
Bristow Holdings Company Ltd. (Cayman)
Bristow Holdings Company Ltd. III (Cayman)
Bristow International Aviation (Guernsey) Limited (Guernsey)
Bristow International Leasing Limited (Cayman)
Bristow International Panama S. de RL (Panama)
Bristow Management Services Pty Limited (AUS)
Bristow Norway AS (Norway)
Bristow Panama Inc. (Panama)
Bristow Southeast Asia Limited (UK)
Bristow Staff Pension Scheme Trustees Limited (UK)
Bristow Technical Services Limited (UK)
Bristow Technical Services Ltd (UK)
Bristow Travel Proprietary Limited (AUS)
Bristow U.S. Holdings LLC (DE)
Bristow Worldwide LP (UK)
Caledonian Helicopters Limited (UK)
Capiteq Pty Limited (AUS) (AirNorth operations)
Corporation Aviashelf Aviation Company (Russia)
Cougar Helicopters Inc. (Canada)
E170 Fleet Pty. Ltd. (AUS)
Eastern Airways (Isle of Man) Limited (Isle of Man)
Eastern Airways (UK) Limited (UK)
Eastern Airways Europe Limited (UK)
Eastern Airways International Limited
Eastern Airways Share Plan Limited (UK)
Easternhill Estates Limited (UK)
Humberside International Airport Limited (UK)
Kingsmill Insurance Company Limited (Guernsey)
Lider Taxi Aereo S.A. (Brazil)
Offshore Logistics do Brasil Servicos Industrials E Maritimos Limitado (Brazil)

Pan African Airlines (Nigeria) Limited (Nigeria)
Petroleum Air Services (Egypt)
Regional Handling Limited (Isle of Man)
Rotorwing Leasing Resources, L.L.C. (LA)
Sakhalin Bristow Air Services Limited (UK)
Sky Future Partners Limited (UK)
Steadycontrast Limited (UK)
Syncom Pty. Ltd. (AUS)
Turkmenistan Helicopters Limited (Turkmenistan)
United Helicopters Limited (UK)

Secured Equipment Facility Lenders
Banc of America Leasing & Capital, LLC
Element Financial Corporation
Lombard North Central Plc
Macquarie Aerospace Inc.
Macquarie Bank Limited
PK AirFinance S.a r.l.
PK Transportation Finance Ireland Limited
Wells Fargo Bank Northwest, National Association
Wilmington Trust Company

Significant Competitors
Canadian Helicopters Limited
CHI Aviation (formerly Construction Helicopters, Inc.)
Columbia Helicopters, Inc.
ERA Group Inc.
Erickson Incorporated
PHI, Inc.
Vertical de Aviacion

Significant Equity Holders
AgustaWestland Company
BlackRock, Inc.
Dimensional Fund Advisors LP
FMR LLC
Mackenzie Financial Corporation
The Vanguard Group

U.S. Regulatory Agencies
Aircraft Registration Unit
FAA Aircraft Registration Unit
Federal Aviation Administration
The Federal Aviation Administration
U.S. Equal Employment Opportunity Commission

Unions
Office and Professional Employees International Union, Local 107 - Professional Helicopter
Pilots Association, AFL - CIO
Office and Professional Employees International Union, Local 407, AFL-CIO

Unsecured Noteholders
Citadel LLC
DeepCurrents Investment Group LLC
New York Life Insurance Company
Solus Alternative Asset Management LP
South Dakota Investment Council
Ducera Partners LLC
Kramer Levin Naftalis & Frankel LLP
Seabury Corporate Advisors LLC

Vendors/Customers/Other Parties in Interest
1992 Msf International LTD
24HR Safety LLC
5 Alarm Fire Apparatus, Inc.
A. Harvey Logistics
A/S Albatros International
A-1 Service Inc.
AAR Electronics Inc.
AAR Parts Supply
Aaron Patterson
Abe's Boat Rentals, Inc.
Able Engineering & Component
ABREON, Inc.
Acadian Ambulance & Air Med Svces
Acadiana Diesel Fuel Injection
Acadiana Filter Service, Inc.
Acadiana Lighting & Signs LLC
Acadiana Rubber & Gasket Co.
Acadiana Society for Human Resource
Acadiana Waste Services LLC
Accountemps
Accu-Chek, Inc.
Ace Industries, Inc.
ACK Aviation Ltd
Acme Truck Line, Inc.
Action Specialties LLC
Addison Group
Adenkule Ojora
Adobe Systems
Advance Chemical & Janitorial
Advanced Aircraft Coatings Inc.

Advantage Glass & Mirror
Advokatfirmaet Thommessen AS
Aero Propulsion Support Inc.
Aero Seats And Systems, Inc.
Aerodesign Aircraft Engineering Inc.
Aeroflex Inc.
Aeroweld Inc.
AETNA Inc.
AFCO Credit Corporation
AGI Industries
AgustaWestland S.p.A.
Air Comm Corporation
Air Compressor Energy Systems, Inc.
Air Dallas Instruments Inc.
Air Parts & Supply Company
Air Plus, LLC
Air Tech International, Inc.
Airgas Southwest
Akzo Nobel Aerospace
Alabama Department of Revenue
Alexander Ryan Marine & Safety
Alice Johnson
All Weather, Inc.
Allens Law Firm
Allied Electronics Inc.
Alpaugh Supply LLC
Alpine Aerotech Ltd
Alton Aviation Consultancy LLC
Always in Season, Inc.
Amber Road
American Association of Drilling Engineers
American National Insurance Company
American Petroleum Services, LLC
American Productivity & Quality Center
American Recovery
American Sprinkler Company
Amerigas- Alivin/Houston
Amsafe Aviation (USD)
Ancile Solutions, Inc.
Andrew William Higgins
Anixter, Inc.
AON Risk Services Southwest, Inc.
Appareo Systems LLC
Apple Inc.
Applikators Plus Inc.
Apptix/MI8 Inc.

Aramark Refreshment Services
Arc of Acadiana
Arceneaux Ford
Architectural Specialties Inc.
ARINC Incorporated
Aristeia Master, LP
Arkadin Collaborative Services
Arkadin Global Conferencing
Arosemena & Diaz
Arrow Aviation
Arrow-Magnolia International
ASIG International Limited
AT & T Mobility LLC
AT&T Inc.
Atmos Energy
Audimation Services, Inc.
Audio Precision, Inc.
Auto-Comm Engineering Corporation
AV-DEC
AVEO Engineering Southwest
Aviall Services, Inc.
Aviation Instrument Services Inc.
Aviation Laboratories
Aviation Management Associates Inc
Aviation Maritime Services
Aviation Specialties Unlimited, Inc.
Aviation Spectrum Resources, Inc.
Aviem International, Inc.
Avionics Support Sales Ltd
Avionics Test Equipment Calibration
Avitas, Inc.
B & A Materials Inc.
B/E Aerospace Ltd.
Badger Meter Inc.
Baker & McKenzie LLP
Barbara Adams
Barfield, Inc.
Barrett Interior Specialties
Base Engineering, Inc.
Baton Rouge City Constable
Batteries Plus LLC
Bayou Electric & Specialty, Inc.
Baytown Ford
BDO Tax Advisory N.V.
BDO USA, LLP
Beacon Equipment Resources

Bearing Inspection Inc.
Begneaud Manufacturing Inc.
Bell Helicopter Textron Inc.
Benz Airborne System
Best Buy Business Advantage Account
Beyond Espresso
Big Ass Solutions
Big Brothers Big Sisters of Greater Houston
Bigge Crane And Rigging Co.
Biggs Cunningham Porter
Blackline Systems Inc.
Blank Rome LLP
Blue Sky Industries Europe Ltd
Blue Sky Network
Blue Sky Oilfield Supply, Inc.
BMC Group VDR, LLC
BMP Partners, Inc.
BNA
Boeing Distribution Services Inc.
Bracewell LLP
Brazosport Tire Company
Breeze Eastern
Broadridge ICS (Investor Communications Solutions)
Brooks Stacy, LLC
Brothers Enterprises of LA, LLC
Brown Aviation Tool Supply Co.
Bruce H. And Roberta R. Stover
Bruel & Kjaer North American
Bruzzone Shipping Inc.
BTMU Capital Leasing & Finance, Inc.
Buchanan Electrical Services
Burnet, Duckworth & Palmer LLP
Bystorm Software
C.A. Shea & Company, Inc.
Cadorath Aerospace Inc.
Cadorath Aerospace Lafayette LLC
Cajun Carts
Cajun Xteriors
Caledonia Industrial & Services
Caledonia Investments
California Peripherals & Components
Cal-Tec, Inc.
Cameron Telephone Co.
Candlewood Suites - New Iberia LA
Capasco, Inc.
Capgemini America, Inc.

Capital One Equipment Finance
Cargo Training International
Caribbean Surgery Inc.
Carlson Wagonlit Travel
Carolina Aviation Technical Service
Carolina Test Works
Caroline Signs, Inc.
Carroll's Tire Service, Inc.
Carter's Transport LLC
Cascade Tool & Foam Supply
Castle Metals Aerospace
CCH Incorporated
CDW Direct, LLC
Central Dispatch, Inc.
Central Scales & Controls
Ceridian
Certent, Inc.
CF&S Tank And Equipment Co.
Channel One Digital, Inc.
Channel Specialty Co Inc.
Charles M. Blansett
CHEMSOL
CHEMTREC
Chestnut Ridge Foam, Inc.
Chevron & Texaco Universal Card
Chevron USA
Chez Hope, Inc.
Chopper Spotter Inc.
Christian Community Service Center
Cintas Corporation
Citicorp North America, Inc.
Citrix Systems Inc.
City of Youngsville
Clarion Hotel Bergen Airport AS
Clay's Glass Service
Clean Harbors Environmental Service
Clear Channel Airports
Cleco Power LLC
Cobham Avionics
Cochran Scales Inc.
COFKO L.L.C.
Colt, Inc.
Comcast Corporation
Commonwealth Trading Partners, Inc.
Complete Janitorial Services
Composite Technology Inc.

Computershare, Inc.
Comtrsys, Inc.
Concur Technologies Inc.
Conserve Accounts Receivable Management
Controller
Corptax, Inc.
Courtesy Ford
Cox Communications, Inc.
Craig Webre
Crane Worldwide Logistics
Crane Worldwide Trade Services
Credit Suisse Securities LLC
Crow-Burlingame Co.
Crowe & Dunlevy
Crown Decal Printers
CRS Jet Spares
CSoft Technologies LLC
CSP Associates, Inc.
CT Corporation System
CTS Corporation
Cultural Awareness International, Inc.
CW Rod Tool Co LP
Cybergrants, LLC
D & L Cleaning Service
D A Exterminating Co. of Houma Inc.
D.F. King & Co., Inc.
DAC International, Inc.
Dallas Avionics, Inc.
Daniel's Manufacturing Corp.
Danos and Curole Marine Contractors LLC
Dart Aerospace Ltd
Dart Sales Inc.
DATAFLYT
Datavox Advanced Business Technology Solutions
David Gaier
Davis Polk and Wardwell LLP
Davis Wright Tremaine LLP
Davtron Inc.
Days Inn & Suites New Iberia
DB Services Inc.
DBC Marine Safety Systems Ltd
De-Comp Composites, Inc.
Deep South Equipment Company
Delaware Consulting US, Inc.
Delaware Secretary of State
Dell Financial Services

Dell Marketing LP
Deloitte & Touche LLP
Deloitte Tax LLP
Delta Dental Insurance Co.
Delta Foremost Chemical Corp
Delta World Tire Company
Delta XML LTD
Department of Social Services
Desser Tire & Rubber Company
Devore Aviation Corporation
DHH Licensing Fee
DHL Express
Diamond B Marine Services Inc.
Diaz Diving Inc
Different Points of View Inc.
Digi-Key Electronics
Diligent Corporation
Direct TV
Directemployers Association, Inc.
DISA Global Solutions, Inc.
Dish Network Corporation
Divers Destination of LA. Inc
DoALL Company, Inc.
Donahue & Company LLC
Donald Braun
Donnelley Financial Solutions
D'Onofrio Consulting Partners
Dottie L. Laporte, CVR, CCR
Double J Lawn Service
Doubletree by Hilton Newark Airport
Doug's Truck and Trailer Repair, LLC
Down South Hardware LLC
Dragon Fire Systems
Drug & Alcohol Testing Industry Association
DSS Aviation Inc.
Duff & Phelps LLC
Dufrene Building Materials, Inc.
Duraserv Corp dba Overhead Door Co.
Dwayne's Glass & Mirror Works Inc.
Dytran Instruments Inc.
EAC Product Development Solutions
EAN Services, LLC
East Baton Rouge Sheriff's Office
Eastern Aero Marine
Easy Ride Golf Carts, LLC
EDMO Distributors Inc.

Eiseman-Ludmar Company Inc.
Electra Link, Inc.
Electro Enterprises Inc.
Elite Services LLC
Ellzey Marine & Hardware Inc.
Embassy Suites West Palm Beach
Engie Resources LLC
Entergy Corporation
Enterprise Rent-A-Car (Kansas City)
EPS Logistics Company, Inc.
Erie Aviation, Inc.
Erin Pars LLC
Ernst & Young LLP
Ernst & Young Services Limited
ERSO, Inc.
Estate of Dennis B. Adolph Sr.
European Aviation Safety Agency
Event Catering Houston, LLC
Everbridge Inc.
Evercore Group LLC
Evergreen Contract Resources, LLC
Evergreen Working Capital, LLC
Excel Fire Protection Systems, Ltd.
Executive Aircraft Charter Service
Exiger Diligence, Inc.
Expeditors and Production Services
Extant Aerospace
Exxon Mobil Production Company
F. J. Camacho (Guyana) Inc.
F.P. Woll & Company
FAB-CON, Inc.
Facet Group
Factset Research Systems, Inc.
Fairfield Inn by Marriott
Falcon Crest Aviation Supply Inc.
Falcon Logistics and Management
FASB - Financial Accounting Standards Board
Fast Trac Transportation, LLC
Fastenal Company
Federal Express Corp.
Federal Golf Carts
Federal Trade Commission
FedEx Freight Corp
Fidelity National Info Serv Inc.
Fieldwood Energy, LLC
Fifth Ring Inc.

Finmeccanica S.P.A.
Fire Boss of Louisiana, Inc.
Fire Prevention Technologies
Firetron, Inc.
First American Property
Fisher & Phillips LLP
Fitzwilliam, Stone, Furness, Smith
Flightsafety Intl
FLIR Surveillance Inc.
Florida Support Disbursement Unit
Flowmetrics, Inc.
Foley & Lardner LLP
FOLIOfn Investments, Inc.
Ford & Harrison LLP
Foreflight LLC
Forensic Risk Alliance LP
Formfox Inc.
Frederick's Machine Shop
Freeflight Systems
Fresh Brew Group, USA
Frizell Group
FTC - Premerger Notification Office
FTI Consulting Inc.
Fushia Ann Deleon
G & K Services
Galliano Safety Service
Gamma Engineering, Inc
Gardco-Paul N. Gardner Company, Inc.
Gardere Wynne Sewell LLP
Garmin International, Inc.
Gartner Inc.
Gator Pro-Tech Services, LLC
Gator Rigging, Inspection, Testing,
Gauthier'S Oilfield Rentals, LLC
Gauthiers On Site Storage
GE Aircraft Engines
GE Aviation Systems Ltd (USD)
GE Flight Efficiency Services Inc.
General Electric Company
Genesys Works
Geodecisions
Gibson & Barnes Flight Suits
Gilchrist Aviation Law, PC
Global Data Systems, Inc.
Global Document Services LLC
Global Equipment Company

Global Experience Specialists
Globe Motors
Going-There Global Inc.
Golden Meadow Hardware, Rental Inc.
Golden Motors
Goodmans LLP
Goodrich Corporation
Gowan, Inc.
Graco Supply & Integrated Services
Gradient Lens Corporation
Grand Isle Shipyard, Inc.
Grant Thornton Consulting Services
Grant Thornton LLP
Greater Iberia Chamber of Commerce
Greater LaFourche Port Commission
Greenoaks Memorial Park and Funeral Home
Greig's Lawn Care
Grey Wolf Safety Group
GTP Acquisition Partners LLC
Guardian Packaging Industries, LP
Gulf Coast Landscapes, LLC
Gulf States Dive and Rescue
Gulf X-Ray Services, Inc.
Gulf-Land Fire Safety Services Inc.
Guyana Revenue Authority
H&S Aviation Limited
Habco Industries, LLC
Hampton Inn & Suites
Harris County Tax
Harris Norge AS
Harvey Builders
Hase Helicopter Accessory Service
Haydell Industries Inc.
Hazmatpac, Inc.
Heads Up Technologies, Inc.
Helicomb International, Inc.
Helicopter Accessory Services
Helicopter Safety Advisory Conference (HSAC)
Helicopter Work Aids, LLC
Helicopters International Shipping
Helioffshore Ltd
Helivalues, Inc.
Henderson Aquatics, Inc.
Herbert S. Hiller Corporation
Heritage-Crystal Clean, LLC
Highbridge Multi-Strategy Unit Trust

Hilton Garden Inn West Palm Beach
Hireright, LLC
Hogan Lovells US LLP
Holiday Inn Express & Suites
Holiday Inn Express & Suites New Iberia
Holland & Knight LLP
Home Furniture Company
Homewood Suites
Homewood Suites by Hilton
Honda Financial Services
Honeywell
Honeywell Intellectual Properties,
Honeywell International Inc
Honeywell Sky Connect
Hoover Materials Handling Group Inc.
Hose Specialty & Supply
Hot Shot Delivery, Inc.
Hotel Sorella
Houston Country Club
HR Direct
HRD Aero Systems Inc.
HRQ Houston, LLC
H-S Tool & Parts Inc.
Hub Enterprises, Inc.
Human Factors Associates, Inc.
Huntington National Bank
Hyatt Legal Plans Inc.
Hydradyne, LLC
IATA- The International Air Transport Association
IBA Group Limited (Aviation Unlocke
Iberia Parish Government
Iberia Parish School Board
Iberia Parish Tax Collector
Iberia Rental Service, Inc.
IBM Corporation
Ice Systems Inc.
ICF International, Inc.
ID Zone
IHS Global Inc.
Indestructible Paint Limited
Indian Harbor Insurance Company
Industrial Lift Truck & Equipment Co.
Infinity Energy Services
InfoArmor, Inc.
Infosys Limited
Infosys Mccamish Systems LLC

Inspired eLearning, LLC
Intercultural Training Associates
InterDynamics Pty Ltd
Interface Security Systems, LLC
International Fabrics, Inc.
International SOS Assistance, Inc.
Interstate Electronic Systems LLC
Interstate Golf Cars, Inc.
Intralinks, Inc.
Ipreo Holdings LLC
Irvine-GQ Ltd.
IS&T Consulting Group LLC
Isidro Bemiss
Island Operating Company, Inc.
Ismael Jaramillo
ISN Software Corporation
ITC Global, Inc.
ITS Learning Inc.
J & J Services
J.D. Manufacturing, Inc.
Jackson Container & Trailer Rental Inc.
Jacksons Aircraft Weighing Service
James W. Von Atzingen
Janet Abadie-Keshk
Jared Richard Construction LLC
Jefferies LLC
Jeppesen Sanderson, Inc.
Jet-Care
JETNET, LLC
Jewish Family Service
JFM Engineering Inc.
Jigsaw Aviation Pty Ltd
John Cloggie
Joiner Law Firm PLLC
Jordan Lawrence Group LC
Joseph Adam Baj III
JP Morgan Chase
JSfirm, LLC
K & J Supplies Inc.
Karl Cantrelle, Sr.
KDM Sales & Service, Inc.
Keep It Clean LLC
Keith A Rodriguez
Kentwood Spring Water
Kepil Mehta
Kevin T Howell

Keystone Turbine Services LLC
KIEF Hardware Inc.
King & Spalding LLP
Kip Wallen
Knudson, Thomas C.
Komen Acadiana Race for The Cure
Koslow Scientific
Kotak Mahindra Capital Company Ltd
KPMG, LLP
L J G Investments, LLC
L3 Aviation Products Inc.
La Quinta Inn & Suites
Label Master
Lafayette Ballet Theatre
Lafayette Bar Association
Lafayette Hilton & Towers
Lafayette Locksmith Service
Lafayette Signs, Inc.
LaFourche Parish Government
LaFourche Parish School Board
Landry, Timothy
Lang Aircraft Services, L.L.C.
Lard Oil Co.
Latham & Watkins
Laversab, Inc.
Lawson Products, Inc.
Lawyers Aid Service, Inc.
Lazare Potter Giacovas & Moyle LLP
LeBlanc Sewage & Plumbing, LLC
Legacy GSE LLC
Leo Martin Chevrolet
Leonardo Spa
Les Lancons Telephone Service
Level 3 Communications, LLC
Levett Mechanical Contractors, Inc.
Life Line Technologies
Life Support International
Lifesaving Systems Corp
Lift-It Manufacturing Co., Inc.
Lighthouse Lodge LLC
Linda A. Gilbert
Liquid Web Inc.
Liskow & Lewis, APLC
Liteflite Ultrasafe Solutions
Littler Mendelson PC
Lloyd Dailey And Sons, Inc.

LMQ LTD
Localjobnetwork.com
Lofton Staffing Service
Lord Corporation
Louisiana Department of Environmental Quality
Louisiana Department of Revenue
Louisiana Department of Revenue and Taxation
Louisiana Department of Social Services
Louisiana Digital Reproductions, Inc.
Louisiana Environmental Concepts, LLC
Louisiana Explosive Training LLC
Louisiana Fourche Parish Water District. No. 1
Louisiana Lift and Equipment
Louisiana Occupational Health Services, LLC
Louisiana Radio Communications, Inc.
Louisiana Testing & Inspection Inc.
Louisiana Water Company (LAWCO)
Lousiana Department of Agriculture & Forestry
Luycx Plumbing Co., Inc.
Lydia P. Wise
M & A Safety Services LLC
M. Hamel Smith & Co.
MacPherson Leslie & Tyerman LLP
Macquarie Rotorcraft Leasing, Inc.
Macro Oil Co.
Magnaflux Corp.
Mailfinance, Inc.
Mailing Systems, Inc.
Maples & Calder
MaplesFS Service Company Ltd
Marek Brothers Systems, Inc.
Maricle's Body And Paint Shop Inc.
Mark Landry Plumbing LLC
Mark S Evans
Marlyn L. Turner, CPA
Martin's Heating & Air Inc.
Martin-Theriot Holdings, LLC
Masco Corporation
MASS
Matheson Tri-Gas Inc.
Mayday Aviation
McAfee & Taft
McCoy-Rockford, Inc.
McMaster-Carr Supply Company
Mcnnes Cooper
MD Anderson Cancer Center

Mediant Communications LLC
MEG Management Inc.
Meggitt Avionics, Inc.
Melaco Sisters LLC
Melton & Melton, L.L.P.
Mercer, LLC
Michael Management Corporation
Michigan State Disbursement Unit
Microsoft Corporation
Microsoft Licensing, GP
Mid-Continent Instruments and Avionics
Middleman Messenger, Inc.
Milestone Aviation Group Limited
Mississippi Department of Revenue
MJR Line Striping LLC
MK Personnel LLC
Modern Chemical, Inc.
Modex LLC
Modular Space Corporation
Mohan Tilani
Montauk Airport Inc.
Moody Price, LLC.
Moody's Investors Service
Mosehart-Schleeter Co., Inc.
Motion Industries Inc.
Mountz, Inc.
Mouser Electronics, Inc.
MSC Industrial Supply Co Inc.
Multi Service Corporation
Murphy's Corporate Lodging Inc.
Musson-Patout Chevrolet
N. Darlene Walker & Assoc., LP
Najvar & Najvar, CPA's
NAPA Auto Parts
NASDAQ Corporate Solutions LLC
National Comp Management Service Inc.
National Insurance Board
National Investor Relations Institute
National Ocean Industries Assoc.
National Welding Supply
Nav-Aids Ltd
Navex Global Inc.
NEO Fabrics Inc.
Neuner Pate
New Jersey Division of Taxation
New Relic Inc.

New York State Dept of Transportation
New York State Dept. Taxation and Finance
Newark InOne
NKB Inc.
North Carolina Dept. of Revenue
Northern Safety Co., Inc.
Northwestern Mutual Investment Services, LLC
Norton Rose Fulbright US LLP
NYSE Market, Inc.
O.C. Tanner Recognition Company
Occupational Health Centers of the Southwest
Ocean Rescue Systems International LLC
Odgers Berndtson, LLC
OfficeTeam, Inc.
Offshore Heli Support Service Inc.
Olde Tyme Grocery
Olgetree, Deakins, Nash, Smoak & Stewart, P.C.
Oliver H. Van Horn Co., LLC
Omega Engineering Inc.
Omni Services
One Call Medical Transports LLC
OPEIU Local 107
OPEIU Local 407
Open Text Inc.
Opportune LLP
Optical Engineering Co Inc.
Oracle America, Inc.
Orbit Solutions Limited
Oscilloscope Services Inc.
Overhead Door of Lafayette, Inc.
Pace A/C & Electrical Services
Pac-Van, Inc.
Pam Corron
Pan American Tool Corporation
Panther Helicopters Inc.
Parker Hannifin Corporation
Parkway Property Investments, LLC
Partsbase, Inc.
Passport Health
Payflex Systems
PCAOB - Public Company Accounting Oversight Board
PCB Piezotronics Inc.
Pearl Meyer & Partners, LLC
PEC Safety
Pegasus Hotel, Guyana
Pennebaker

Penny & Giles Aerospace Ltd
Perim & Frizon Advogados Associados
Perry Flying Center, Inc.
Phelps Dunbar LLP
Philip Keller
Phonoscope Cable
Phonoscope Light Wave, Inc.
PIC Wire & Cable
Pierce Aluminum Co., Inc.
Pierpont Communications
Pigeon Mountain Industries Inc.
Pioneer Credit Recovery Inc.
Pitney Bowes Global Financial
Planeden Aircraft Structures LLC
Plaquemine Parish Sales Tax
Plaquemines Medical Center
Plaquemines Parish
Plaquemines Parish Louisiana Association of Tax Administrators
Plaquemines Parish Sheriff's Office
Platts Rigdata
Plixer International Inc.
PNC Equipment Finance
Pneumatic & Hydraulic Co.
Pointer Inc
Polymershapes LLC
Postlewaite & Netterville
Power Tech
Power Technical Services, Inc.
PR Newswire Association LLC
Pratt & Whitney (Do Not Use)
Pratt & Whitney Canada Corp
Pratt & Whitney Component Solutions
Pratt & Whitney Engine Services, Inc.
PRC- DeSoto International, Inc.
Precision Balancing Co Inc.
Precision Heliparts
Premier Fire Equipment, LLC
Premier Lighting & Electrical LLC
Preventive Maintenance Services, Inc.
Pricewaterhousecoopers LLP
Prime Industries Inc.
Printing Dome
Priority 1 Air Rescue Operations,
Protech Fire and Safety
Protective Packaging Corp Inc.
Protiviti, Inc.

PSC Supply, Inc.
PSE&G Inc.
Pspdfkit Gmbh
Purchase Power
Purolator Facet, Inc.
Putnam Investments
Putnam Investor Services, Inc.
Pye-Barker Fire And Safety LLC
Qualical LLC
Quality Aircraft Accessories, Inc.
Quality Painting Contractors
Quest Software Inc.
Quick Stamp & Sign Mfg
Quoyeser Inc.
R & R Glass Works L.L.C.
R&B Communications
R&M Telephone Service
R. McConnell Group PLLC
R.R. Donnelley
Rackspace US, Inc.
Radiant Power Corporation
Radio Masters, Inc.
Ralph's Supermarket Company
Ram & McRae
Ratliff Iron Works Inc.
RDDS Avionics Limited
Record Keeper & Supply
Reed Business Information Inc.
Reed Business Information Ltd.
Relevant Coaching
Republic Services, Inc.
Research Data Group, Inc.
Resources Global Professionals
Revel Technology
Rex Supply Corporation
Richard F. Healing, P.E.
Richard's Restaurant Supply
Richardson Electronics, Ltd.
Rignet, Inc
Roanoke Trade Services, Inc.
Robert Half Finance & Accounting
Robert Half International, Inc.
Roco Rescue, Inc.
Rogers Lawn Care and Carpentry
Rokap, Inc.
Ron Krishnan

Rotorcraft Consulting LLC
Rotorcraft Enterprises
Rotorcraft Resources LLC
Rousse Plumbing, LLC
Ro'vin Garrett, PCC
Russell Reynolds Associates
S & R Professionals L.P.
S.T.A.T. Waste Stream Services, Inc.
S.W.I.F.T. SCRL
Safesite, Inc.
Safety Kleen Corp.
Safeware, Inc.
Safran Power USA LLC
SAP America, Inc.
Satair USA Inc.
Satcom Global FZE
Savage Brands
Saywell International Inc.
SBA Towers II LLC
Schlumberger Guyana, Inc.
Scurlock Electric, LLC
SDM Calibrations, LLC
Sea Lion Services Ltd
Seal Company Enterprises Inc.
Seal Dynamics Ltd
Sealed Air Corporation
Secon-A Division of Civigenics Inc.
Service Equipment Company, Inc.
Servicenow, Inc.
SGS Uk Ltd
Shaffer & Associates, Inc.
Shannon Hardware Company
Shell Exploration & Production Co.
Shelley Lynn Walker
SHI International Corp.
Shipley Snell Montgomery LLP
Shipman & Goodwin LLP
Shipping Etc., LLC
Shoreline Marine dba Safetech Revenue
Shred-It USA LLC
Siemens Industry Inc.
Sikorsky Commercial Inc.
Simpec LLC
Sir Speedy
Skandia, Inc.
SLEMCO

Snap - On International LLC
Snap-On Industrial
Solium Capital LLC
Solo Graphix, LLC
Solutions (Aberdeen) Ltd
Sonesta Es Suites Parsippany
Sonian, Inc.
Sound & Communication Systems
Southeast Aerospace Inc.
Southern Glass of LaFourche Inc.
Southern Home Furnishings
Southwest Precision Printers, L.P.
Spartan Industrial Products
Special Olympics USA
Specmat Technoligies Inc.
Spectrolab, Inc.
Spectrum Aeromed
Spedale's Florist, Inc.
Speedcast Communications, Inc.
SRM It Solutions LLC
Standard Aero Inc.
Standard Aero Limited
Standard and Poor's Financial Services LLC
Staples Business Advantage
Star Service, Inc.
State Central Collection Unit
Stephen Anthony King
Steptoe & Johnson LLP
Sterling Infosystems Company
Steve Predmore
Stroud Systems, Inc.
STS Aerostaff Services, Inc.
Sugar Mill Management Co., LLC
Sugarland Exterminating Co.
Sun Boats Inc.
Suntrust Banks, Inc.
Superior Marine Technical Services, Inc.
Superior Printing, Inc.
Surface Systems, Inc.
Survitec Group Ltd Rfd
Switlik Parachute Co. Inc.
Talkpoint Webcasting
Talos Energy LLC
Teamviewer GMBH
Teche Electric Supply
Teche Occupational Medicine Clinic, LLC

Technisonic Industries Ltd.
Tennant Sales & Service Company
Terminix Pest Control, Inc.
Terra XML, Inc.
Tesla Industries, Inc.
Texas Commission on Environmental Quality
Texas Comptroller of Public Accounts
Texas Department of Public Safety
The Akeeli Group LLC
The Brookwood Community
The Depository Trust Company
The Directorate of Defense Trade Controls
The First Tee of Greater Houston
The Hartford Life Insurance
The Home Depot Inc.
The JK Group Inc.
The Johnson Gage Company
The L.S. Starrett Company
The Law Offices of Howard T Dulmage, PLLC
The Reynolds Company
The Salvation Army Echelon 30M Gala
The Texas Child Support State Disbursement Unit
The Texas Comptroller of Public Accounts
The United States Postal Service
The Yard
Thomas Heyden
Thomson Reuters – West
Thomson Reuters (GRC) Inc.
Thomson Reuters (Scientific) Ltd.
Thomson Reuters Inc. (Tax & Accounting)
Thyssenkrupp Elevator Corporation
Tidewater Dock, Inc.
Tim Knapp
Titania Ltd
Todd Smith
Todd's Car Wash & Express Lube
Total Urgent Care LLC
Towers Watson Delaware, Inc.
Towers Watson Ltd
Trace Analytics, LLC
Trans Guyana Airways Ltd
Trans-Cal Industries, Inc.
Transperfect Translations
Transportation Worldwide Inc.
Trigon, Inc.
Triton Aviation Data Corp.

Triumph Engine Control Systems
Trivantage, LLC
Tronair, Inc
Turbomeca USA
U.S. Small Business Administration
ULINE Shipping Supply Specialists
United Health Care Inc.
United Parcel Service
United Rentals (North America) Inc.
United UATP Program
United Vision Logistics
Unity Search Group
Universal Asset Management, Inc.
Universal Avionics Systems Corp
Universal Management Technology
Universal Weather & Aviation, Inc.
UPS Custom House Brokerage
UPS Supply Chain Solutions, Inc.
UPS/UPS SC Dallas
US Aircraft Titles Inc.
US Aviation Training Solutions, Inc.
US Department of Education
US Healthworks, Inc.
US Technology Corp.
USAU, Inc. (United States Aviation Underwriters, Inc.)
UV Logistics Holding Corp.
Vaco Houston, LLC
Var Technology Finance
Vector Aerospace Helicopter Service
Vector Aviation, Inc.
Verl D. Herd
Vermillion Janitorial & Industrial Supply, Inc.
Verns Catering
Vertex, Inc.
VIH Aerospace Inc.
VIH Helicopters USA, Inc.
Vinson & Elkins
VIP Passport Services, Inc.
Virginia Department of The Treasury
Vishay Transducers Ltd.
Vision Communications
Visual Precision, Inc
VLC Associates Ltd
Voorhies Machine Shop Inc.
Voorhies Supply Company, LLC
W.W. Grainger, Inc.

Washington State Support Registry
Waste Management of Lake Charles
Waste Management of Texas, Inc.
Waste Pro USA
Waypoint Leasing Limited
Webster Instrument, Inc.
Weighing Technologies Inc.
Welch Electric Services, LLC
Welders Equipment, Inc.
Wells Fargo & Company
Wesco Aircraft Hardware Corp.
West LLC
Western Geco LLC
WEX Bank
Whiffletree Corporation Inc.
Whistler Energy II, LLC
Whitney Bank
Wigstrom Plumbing of Empire
Wiley Rein LLP
Williams and Williams Inc.
Williams Scotsman, Inc.
Windermere Ireland Fund PLC
Wings Aviation Limited
Wiremasters, Inc.
Wisconsin Support Collections Trust
WM Shirley
Wolters Kluwer Financial Services
Wood Group PSN, Inc.
Woodward HRT, Inc.
Workday, Inc.
Workiva, Inc.
WS Darley And Company
WSI Corporation
Wyatt Seal, Inc.

## SCHEDULE 2

| Matched Entity | Relationship to Debtors |
|---|---|
| Aeroflex | Vendor |
| AIG | Insurance Carrier |
| Airbus | Creditor |
| Apple | Vendor |
| Caledonia Industrial & Services | Vendor |
| Caledonia Investments | Vendor |
| CapitalOne | Creditor |
| Ceridian | Vendor |
| Chubb | Insurance Carrier |
| Cintas Corporation | Vendor |
| Comcast | Vendor |
| Cox Communications | Vendor |
| Credit Suisse | Creditor |
| Dell Inc. | Vendor |
| Depository Trust Company | Vendor |
| Duff & Phelps | Vendor |
| Entergy | Vendor |
| Ernst & Young | Ordinary Course Professional |
| Evercore Group | Vendor |
| FTI Consulting Inc | Vendor |
| General Motors | Vendor |
| Home Depot | Vendor |
| Huntington National Bank | Litigation |
| Jefferies | Vendor |
| Mercer | Vendor |
| Microsoft Corporation | Vendor |
| New York Life | Creditor |
| PNC Bank National Association | Lease Party |
| PSE&G | Vendor |
| Republic Services | Vendor |
| Reynolds Company | Vendor |
| Santander UK plc | Creditor |
| Sealed Air Corporation | Vendor |
| Tesla Industries | Vendor |
| Thomson Reuters | Ordinary Course Professional |
| U.S. Bank National Association | Indenture Trustee |
| United Health Care | Vendor |
| W.W. Grainger | Vendor |
| Waypoint Leasing | Vendor |
| Wells Fargo | Lease Party |
| Banc of America Leasing & Capital | Lease Party |

| | |
|---|---|
| General Electric Company | Vendor |
| Goodrich Corporation | Vendor |
| AT&T | Vendor |
| Atmos Energy | Vendor |
| Deloitte | Ordinary Course Professional |
| Cintas | Vendor |
| Macquarie Bank Limited | Creditor |
| Northwestern Mutual | Vendor |
| PricewaterhouseCoopers | Vendor |
| Robert Half | Ordinary Course Professional |
| Suntrust Bank | Lease Party |
| Xerox Corporation | Vendor |
| BlackRock | Equity Holder |
| Pitney Bowes Global Financial | Vendor |
| Citibank N.A. | Creditor |
| RR Donnelley | Vendor |
| Standard & Poor's | Vendor |
| Trigon Inc. | Vendor |
| Solus Alternative Asset Management | Creditor |