# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) ) | Jointly Administered |

## NOTICE OF ADJOURNMENT OF THE SECOND DAY HEARING AND STATUS CONFERENCE ON MOTION TO APPOINT EQUITY COMMITTEE

**PLEASE TAKE NOTICE** that the hearing on the following matters previously scheduled for June 20, 2019, at 1:00 p.m. (prevailing Central Time), before the Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002, has been adjourned to later date and time to be determined by the Court:

- *Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to Reject Equipment Leases with Helifleet 2013-01, LLC Pursuant to Section 365 of the Bankruptcy Code and (ii) Approving Return Procedures* [Docket No. 9];

- the final hearing for the *Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Payment of Critical Vendors Claims and Certain Other Specified Trade Claims, (ii) Confirming Administrative Expense Priority of Outstanding Orders and (iii) Granting Related Relief* [Docket No. 10];

- the final hearing for the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (i) Continue to Operate Their Cash Management Systems, (ii) Honor Certain Prepetition Obligations Related Thereto, (iii) Maintain Existing Business Forms, (iv) Perform Intercompany Transactions, and (v) Granting Related Relief* [Docket No. 35];

- the final hearing for the *Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to Utilize Cash Collateral; (ii) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 105, 361, 362,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

*363, and 507 of the Bankruptcy Code; and (iii) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b)* [Docket No. 41];

- *Debtors' Motion for an Order Authorizing the Debtors to (i) Enter Into Agreements Under Section 1110(a) of the Bankruptcy Code, (ii) Enter Into Stipulations to Extend the Time to Comply with Section 1110 of the Bankruptcy Code and (iii) File Redacted Section 1110(b) Stipulations* [Docket No. 151];

- *Debtors' Motion for Entry of an Order Authorizing the Debtors to Reject Equipment Leases with Wells Fargo Bank Northwest, N.A., Pursuant to Section 365 of the Bankruptcy Code* [Docket No. 166];

- *Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [Docket No. 169]; and

- *Expedited Motion to Appoint an Official Committee of Equity Security Holders for Debtor Bristow Group, Inc.* [Docket No. 233] **(status conference only)**.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/Bristow or by calling (844) 627-6967. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder Intentionally Left Blank*]

Dated: June 18, 2019

Respectfully submitted,

| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
|---|---|

*/s/ Omar J. Alaniz*

| James R. Prince, State Bar No. 00784791 | Richard G. Mason (*pro hac vice*) |
|---|---|
| Omar J. Alaniz, State Bar No. 24040402 | Amy R. Wolf (*pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| **BAKER BOTTS L.L.P.** | 51 West 52nd Street |
| 2001 Ross Avenue, Suite 900 | New York, New York 10019 |
| Dallas, Texas 75201-2980 | Telephone: (212) 403-1000 |
| Telephone: (214) 953-6500 | Facsimile: (212) 403-2000 |
| Facsimile: (214) 953-6503 | Email: rgmason@wlrk.com |
| Email: jim.prince@bakerbotts.com | arwolf@wlrk.com |
|       omar.alaniz@bakerbotts.com | |
|       kevin.chiu@bakerbotts.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

-and-

Emanuel C. Grillo (*pro hac vice*)
Chris Newcomb. (*pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York   10112-4498
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
       chris.newcomb@bakerbotts.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## **Certificate of Service**

I certify that on June 18, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Kevin Chiu*
Kevin Chiu