**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING ON MOTIONS
SCHEDULED FOR JULY 10, 2019, AT 2:30 P.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE DAVID R. JONES AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT
<u>COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002</u>**

1. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Baker Botts L.L.P. as Co-Counsel for the Debtors and Debtors-in-Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 220].

    **Related Documents**:  Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Baker Botts L.L.P. as Co-Counsel for the Debtors and Debtors-in-Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 354].

    **Status:**  This matter is going forward.

2. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Wachtell, Lipton, Rosen & Katz as Co-Counsel for the Debtors and Debtors-in-Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 221].

    **Related Documents**:  Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Wachtell, Lipton, Rosen & Katz. as Co-Counsel for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303).  The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

the Debtors and Debtors-in-Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 355].

    **Status:** This matter is going forward.

3. Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors-in-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [Docket No. 222].

    **Related Documents**: Notice of Filing of Revised Proposed Order to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors-in-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [Docket No. 356].

        **Status:** This matter is going forward.

4. Application of the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed.R.Bankr.P. 2014(), and Bankruptcy Local Rule 2014-1 for Authority to Retain and Employ KPMG LLP as Auditor to the Debtors Effective as of the Petition Date [Docket No. 224].

    **Related Documents**: Notice of Filing of Proposed Amended Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed.R.Bankr.P. 2014(), and Bankruptcy Local Rule 2014-1 Authorizing the Retention and Employment of KPMG LLP as Auditor to the Debtors Effective as of the Petition Date [Docket No. 357].

        **Status:** This matter is going forward.

5. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Case Professionals [Docket No. 265].

    **Related Documents**: Notice of Revised Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Case Professionals [Docket No. 363].

        **Status:** This matter is going forward.

6. Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to File the Debtors Unredacted VIH Assumption Motion and Certain VIH Lease Agreements Under Seal and (ii) Granting Related Relief [Docket No. 272].

    **Status:** This matter is going forward.

7. Debtors' Motion for Entry of an Order (i) Authorizing the Debtors to Assume Leases with VIH Aviation Group Ltd., and (ii) Granting Related Relief [Docket No. 273].

    **Status:** This matter is going forward.

*[Remainder Intentionally Left Blank]*

Dallas, Texas
Dated:  July 8, 2019

Respectfully submitted,

| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
|---|---|
| */s/ Omar J. Alaniz* | |
| James R. Prince, State Bar No. 00784791 | Richard G. Mason (*pro hac vice*) |
| Omar J. Alaniz, State Bar No. 24040402 | Amy R. Wolf (*pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| **BAKER BOTTS L.L.P.** | 51 West 52nd Street |
| 2001 Ross Avenue, Suite 900 | New York, New York 10019 |
| Dallas, Texas 75201-2980 | Telephone:  (212) 403-1000 |
| Telephone:  (214) 953-6500 | Facsimile:  (212) 403-2000 |
| Facsimile:  (214) 953-6503 | Email:  rgmason@wlrk.com |
| Email: jim.prince@bakerbotts.com | arwolf@wlrk.com |
| omar.alaniz@bakerbotts.com | |
| kevin.chiu@bakerbotts.com | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

-and-

Emanuel C. Grillo (*pro hac vice*)
Chris Newcomb. (*pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York   10112-4498
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
chris.newcomb@bakerbotts.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*