United States Courts
Southern District of Texas
FILED
JUL 25 2019
David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 19-32713 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | BRISTOW GROUP INC., ET AL | |

This lawyer, who is admitted to the State Bar of ___Louisiana and Mississippi___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard A. Rozanski<br>Richard A. Rozanski, APLC<br>P.O. Box 13199<br>Alexandria, LA 71315<br>(318) 445-5600  Richard@rarlaw.net<br>Louisiana #22583; Mississippi #8763 |

Seeks to appear as the attorney for this party:

Central Louisiana Electric Company (CLECO)

Dated: June 17, 2019    Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: ___active___.

Dated: 7/25/19    Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                          United States Bankruptcy Judge