UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) ) ) | Jointly Administered (Emergency Hearing Requested) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JULY 31, 2019, AT 2:00 P.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE DAVID R. JONES AT THE UNITED STATES
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT
COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

1. Application of the Debtors for an Order Authorizing the Employment and Retention of Houlihan Lokey Capital, Inc. as Investment Banker *Nunc Pro Tunc* to the Petition Date [Docket No. 223].

    **Status:**  This matter is going forward.

    **Related Documents:**

    A.  Supplemental Declaration of Matthew Niemann in Support of the Application of the Debtors for an Order Authorizing the Employment and Retention of Houlihan Lokey Capital, Inc. as Investment Banker *Nunc Pro Tunc* to the Petition Date [Docket No. 474].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

Dated:  July 29, 2019

Respectfully submitted,

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| */s/ Chris Newcomb* | |
| James R. Prince, State Bar No. 00784791 | Richard G. Mason |
| Omar J. Alaniz, State Bar No. 24040402 | (admitted *pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | Amy R. Wolf |
| **BAKER BOTTS L.L.P.** | (admitted *pro hac vice*) |
| 2001 Ross Avenue, Suite 900 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| Dallas, Texas 75201-2980 | 51 West 52nd Street |
| Telephone:  (214) 953-6500 | New York, New York  10019 |
| Facsimile:  (214) 953-6503 | Telephone:  (212) 403-1000 |
| Email: jim.prince@bakerbotts.com | Facsimile:  (212) 403-2000 |
|            omar.alaniz@bakerbotts.com | |
|            kevin.chiu@bakerbotts.com | |
| | Email:  rgmason@wlrk.com |
| | arwolf@wlrk.com |
| -and- | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |
| Emanuel C. Grillo | |
| (admitted *pro hac vice*) | |
| Chris Newcomb | |
| (admitted *pro hac vice*) | |
| **BAKER BOTTS L.L.P.** | |
| 30 Rockefeller Plaza | |
| New York, New York   10112-4498 | |
| Telephone:  (212) 408-2500 | |
| Facsimile:  (212) 408-2501 | |
| Email: emanuel.grillo@bakerbotts.com | |
|            chris.newcomb@bakerbotts.com | |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*