# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR SEPTEMBER 18, 2019, AT 2:00 P.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT <u>COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002</u>**

1. *Debtors' Emergency Motion to File the Milestone 9019 Motion and Milestone Term Sheet Under Seal* [Docket No 610].

   **Related Documents**:

   a. *Notice of Filing Less Redacted Milestone 9019 Motion* [Docket No. 643].

   **Responses:**

   a. Baker Botts has received an informal objection to this motion.

   **Status:**  This matter is going forward

2. *Debtors' Emergency Motion to Approve Term Sheet with PK Airfinance S.A.R.L. and the Milestone Aviation Group Limited* [Docket No 611].

   **Status:**  This matter is going forward

3. *Debtors' Emergency Motion to Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No 626].

   **Status:**  This matter is going forward

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303).  The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

Dallas, Texas
Dated: September 16, 2019

Respectfully submitted,

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| */s/ Omar J. Alaniz* | |
| James R. Prince, State Bar No. 00784791 | Richard G. Mason (*pro hac vice*) |
| Omar J. Alaniz, State Bar No. 24040402 | Amy R. Wolf (*pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| **BAKER BOTTS L.L.P.** | 51 West 52nd Street |
| 2001 Ross Avenue, Suite 900 | New York, New York 10019 |
| Dallas, Texas 75201-2980 | Telephone: (212) 403-1000 |
| Telephone: (214) 953-6500 | Facsimile: (212) 403-2000 |
| Facsimile: (214) 953-6503 | Email: rgmason@wlrk.com |
| Email: jim.prince@bakerbotts.com | arwolf@wlrk.com |
|            omar.alaniz@bakerbotts.com | |
|            kevin.chiu@bakerbotts.com | *Co-Counsel to the Debtors and Debtors in Possession* |

-and-

Emanuel C. Grillo (*pro hac vice*)
Chris Newcomb. (*pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York   10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
           chris.newcomb@bakerbotts.com

*Co-Counsel to the Debtors and Debtors in Possession*