UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BRISTOW GROUP INC., *et al.*,[1] | ) Case No. 19-32713 (DRJ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE OF (I) RESCHEDULED COMBINED HEARING TO CONSIDER COMFIRMATION OF JOINT CHAPTER 11 PLAN AND APPROVAL OF DISCLOSURE STATEMENT RELATED THERETO AND (II) RESCHEDULED HEARING REGARDING MOTION TO APPOINT EQUITY COMMITTEE**

[RELATES TO DOCKET NOS. 233, 498, 499, 574, 575, 589, 590 AND 599]

**PLEASE TAKE NOTICE** that the hearing to consider (i) confirmation of the *Amended Joint Chapter 11 Plan of Reorganization of Bristow Group Inc. and Its Debtor Affiliates, as Modified* [Docket No. 589] and (ii) approve the adequacy of the *Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of Reorganization of Bristow Group Inc. and Its Debtor Affiliates, as Modified* [Docket No. 590] previously scheduled for October 3, 2019, at 1:00 p.m. (prevailing Central Time), before the Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002, has been rescheduled to **October 3, 2019, at 9:00 a.m.** (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing on *Expedited Motion to Appoint an Official Committee of Equity Security Holders for Debtor Bristow Group, Inc.* [Docket No. 233] previously scheduled for October 1, 2019, at 2:00 p.m. (prevailing Central Time), before the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002, has been rescheduled to **October 3, 2019, at 9:00 a.m.** (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/Bristow or by calling (844) 627-6967. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder intentionally left blank]*

Dated: September 19, 2019

Respectfully submitted,

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| */s/ Omar J. Alaniz* | |
| James R. Prince, State Bar No. 00784791 | Richard G. Mason (*pro hac vice*) |
| Omar J. Alaniz, State Bar No. 24040402 | Amy R. Wolf (*pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| **BAKER BOTTS L.L.P.** | 51 West 52nd Street |
| 2001 Ross Avenue, Suite 900 | New York, New York 10019 |
| Dallas, Texas 75201-2980 | Telephone:  (212) 403-1000 |
| Telephone:  (214) 953-6500 | Facsimile:  (212) 403-2000 |
| Facsimile:  (214) 953-6503 | Email:  rgmason@wlrk.com |
| Email: jim.prince@bakerbotts.com |         arwolf@wlrk.com |
|         omar.alaniz@bakerbotts.com | |
|         kevin.chiu@bakerbotts.com | *Co-Counsel to the Debtors and Debtors in Possession* |

-and-

Emanuel C. Grillo (*pro hac vice*)
Chris Newcomb. (*pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York   10112-4498
Telephone:  (212) 408-2500
Facsimile:  (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
        chris.newcomb@bakerbotts.com

*Co-Counsel to the Debtors and Debtors in Possession*