

September 19, 2019

United States Bankruptcy Court, Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Copy to:
Acadiana Lighting & Signs, LLC
P.O. Box 399
Duson, LA 70529-0399

Regarding: Bristow Group Inc., et al.  Case No. 1932713

To Whom It May Concern:

Bradford Capital filed a transfer of claim from the creditor Acadiana Lighting & Signs LLC. in the bankruptcy case on 09/03/2019, with associated docket number 613.  Bradford requests that this transfer be withdrawn.

Please contact me if you have any questions.

Best,

/s/ Brian Brager

Brian Brager
Managing Member

1051 Bloomfield Avenue, Suite 10, Clifton NJ 07012 | Phone: 862-249-1349 | Fax: 833-514-7245
Website: www.bradfordcapitalmgmt.com