UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) | Jointly Administered |

ENTERED
10/03/2019

## ORDER APPROVING DEBTORS' SETTLEMENT AGREEMENT WITH AIRBUS HELICOPTERS S.A.S.
(Docket No. 738)

Upon the motion (the "Motion"), filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to sections 105(a) and 365(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Debtors to enter into the Settlement Agreement;[2] and it appearing that the Court having jurisdiction to consider the relief sought in the Motion in accordance with 28 U.S.C. § 1334; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that consideration of the Motion on an emergency basis is proper under the circumstances; and it appearing that all due and proper notice of the Motion having been given under the circumstances; and it appearing that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and after due and deliberation thereon, and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED to the extent set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

2. The Debtors are authorized to enter into the Settlement Agreement with Airbus, which was attached as Exhibit "B" to the Motion.

3. The Purchase Agreement is hereby rejected pursuant to section 365 of the Bankruptcy Code, effective as of the date of this Order.

4. Pursuant to the terms of the Settlement Agreement, Airbus is barred from amending Claim 143 or filing additional proofs of claim in these Chapter 11 Cases in relation to the Purchase Agreement, including, but not limited to, any claims for rejection damages.

5. Prime Clerk, the claims agent retained in the Debtors' Chapter 11 Cases, is authorized to reflect that Claim 143 is withdrawn on the official claims register maintained for the Debtors' Chapter 11 Cases.

6. Airbus' vote to reject the Plan shall be deemed withdrawn, effective as of September 23, 2019.

7. Airbus' *Limited Objection and Reservation of Rights* [Docket No. 685] shall be deemed withdrawn, effective as of September 23, 2019.

8. Nothing herein shall affect or modify the *Stipulation and Agreed Order Regarding Opt Out of Third-Party Plan Releases by Airbus Helicopters S.A.S.* [Docket No. 736].

9. The Debtors are authorized to take all necessary actions to carry out this Order.

10. The Court shall retain jurisdiction to hear and determine any and all matters arising from the interpretation and/or implementation of this Order.

Signed:  October 03, 2019.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**