**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BRISTOW GROUP INC., *et al.*,[1] | ) ) | Case No. 19-32713 (DRJ) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF HEARING**

**[RELATES TO DOCKET NOS. 841, 651, 652, 653, 654 AND 655]**

**PLEASE TAKE NOTICE** that the hearing on the following matter before the Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002, have been scheduled for October 23, 2019, at 11:00 a.m. (prevailing Central Time):

- *Debtors' Emergency Motion for Entry of an Order Approving the Settlement Agreement with the Huntington National Bank and Wilmington Trust Company* [Docket No. 841].

**PLEASE TAKE FURTHER NOTICE** that the following matter previously scheduled for October 23, 2019 at 10:30 a.m. have been rescheduled for October 23, 2019, at 11:00 a.m. (prevailing Central Time):

- *Omnibus Motion to Disallow Claims Debtors' First Omnibus Objection to Certain Proofs of Claims (Duplicate Claims)* [Docket No. 651].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.

**PLEASE TAKE FURTHER NOTICE** that the following matters previously scheduled for October 23, 2019 at 10:30 a.m. have been resolved and will not be heard that that time:

- *Debtors' Second Omnibus Objection to Certain Proofs of Claims Filed by TVPX Aircraft Solutions Inc.* [Docket No. 652];

- *Debtors' Third Omnibus Objection to Certain Proofs of Claims Filed by Wells Fargo Trust Company National Association* [Docket No. 653];

- *Debtors' Fourth Omnibus Objection to Certain Proofs of Claims Filed by the Macquarie Parties* [Docket No. 654]; and

- *Debtors' Objection to Proofs of Claim Numbers 349 and 352 Filed by Wells Fargo Trust Company National Association* [Docket No. 655].

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/Bristow or by calling (844) 627-6967. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder intentionally left blank]*

Dated: October 21, 2019

Respectfully submitted,

| **BAKER BOTTS L.L.P.** | **WACHTELL, LIPTON, ROSEN & KATZ** |
|---|---|

*/s/ Omar J. Alaniz*

| James R. Prince, State Bar No. 00784791 | Richard G. Mason (*pro hac vice*) |
|---|---|
| Omar J. Alaniz, State Bar No. 24040402 | Amy R. Wolf (*pro hac vice*) |
| Kevin Chiu, State Bar No. 24109723 | **WACHTELL, LIPTON, ROSEN & KATZ** |
| **BAKER BOTTS L.L.P.** | 51 West 52nd Street |
| 2001 Ross Avenue, Suite 900 | New York, New York 10019 |
| Dallas, Texas 75201-2980 | Telephone: (212) 403-1000 |
| Telephone: (214) 953-6500 | Facsimile: (212) 403-2000 |
| Facsimile: (214) 953-6503 | Email: rgmason@wlrk.com |
| Email: jim.prince@bakerbotts.com |         arwolf@wlrk.com |
|        omar.alaniz@bakerbotts.com | |
|        kevin.chiu@bakerbotts.com | |

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

Emanuel C. Grillo (*pro hac vice*)
Chris Newcomb. (*pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York   10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
Email: emanuel.grillo@bakerbotts.com
       chris.newcomb@bakerbotts.com

*Co-Counsel to the Debtors and Debtors in Possession*