

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/18/2019

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BRISTOW GROUP INC., *et al.*,[1] | ) | Case No. 19-32713 (DRJ) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Re: Docket Nos. 768 and 859** |

**ORDER DENYING SCHUMACHER CARGO LOGISTICS, INC.'S MOTION FOR RELIEF FROM STAY AND MOTION FOR EXCEPTION TO PLAN INJUNCTION**

Upon *Motion for Relief from Stay and Motion for Exception to Plan Injunction* [Docket No. 768] (the "Motion") by Schumacher Cargo Logistics, Inc. seeking relief from the automatic stay and exception to the Plan Injunction and the objection [Docket No. 859] (the "Objection") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to the Motion; and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Motion and Objection having been given and no other or further notice of either being necessary; and upon the hearing conducted before the Court on October 30, 2019, to consider the Motion (the "Hearing"); and upon the record made at the Hearing, the evidence considered and admitted at the Hearing, and the decision reached at the conclusion thereof; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd., and Bristow Equipment Leasing Ltd. The corporate headquarters and the mailing address for the Debtors listed above is 3151 Briarpark Drive, Suite 700 Houston, Texas 77042.

1

2

upon all of the prior proceedings had herein; and good and sufficient cause appearing therefore; it is hereby

    **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion, and all relief sought therein, is hereby **DENIED** in its entirety.

2. The terms and conditions of this Order are effective immediately upon entry.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Signed:  November 18, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**