

ENTERED
12/13/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **In re:** | § | | |
| | § | **Chapter 11** | |
| **BRISTOW GROUP, INC.,** *et al.*,[1] | § | | |
| | § | **Case No. 19-32713 (DRJ)** | |
| **Debtors.** | § | | |
| | § | **(Jointly Administered)** | |
| | § | | |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF PERELLA
WEINBERG PARTNERS LP FOR ALLOWANCE OF COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BRISTOW
GROUP, INC.,** *ET AL.*, **FOR THE PERIOD FROM AUGUST 1, 2019
THROUGH OCTOBER 8, 2019**
[Docket No. 904]

This matter came on for consideration upon the *Second and Final Fee Application of Perella Weinberg Partners LP for Allowance of Compensation for Services and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors of Bristow Group, Inc., et al. for the Period from August 1, 2019 through October 8, 2019* (the "**Application**") filed by Perella Weinberg Partners LP (the "**Applicant**"); and it appearing to the Court that notice of the Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this District; it is hereby

ORDERED that the Application is APPROVED in the amount of $3,664,056.18, which amount consists of $3,588,709.68 in fees and $75,346.50 in expenses rendered to the Official Committee of Unsecured Creditors of Bristow Group, Inc., et al. during the period of August 1, 2019 through October 8, 2019; it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal; tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

9400362v1

ORDERED that Applicant is awarded final fees and expenses in the total amount of $3,664,056.18 as an allowed chapter 11 administrative expense claim of Applicant against the estate; and it is further

ORDERED that the Debtors are authorize forthwith to disburse to Applicant the total amount of $3,664,056.18, less interim compensation and reimbursement of expenses received by Applicant pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Chapter 11 Case Professionals*.

**Signed:  December 13, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2

9400362v1