

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
12/13/2019

|  |  |
|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **BRISTOW GROUP, INC.,** *et al.*,[1] § | **Case No. 19-32713 (DRJ)** |
| § | |
| **Debtors.** § | **(Jointly Administered)** |
| § | |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF PORTER HEDGES LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BRISTOW GROUP, INC.,** *ET AL.*, **FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH OCTOBER 8, 2019 AND FOR THE TOTAL COMPENSATION PERIOD FROM MAY 30, 2019 THROUGH OCTOBER 8, 2019**

(Docket No. 906)

Upon the *Second and Final Fee Application of Porter Hedges LLP, as Counsel for the Official Committee of Unsecured Creditors of Bristow Group, Inc., et al., for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2019 through October 8, 2019 and for the Total Compensation Period From May 30, 2019 through October 8, 2019* (the "Application") filed by Porter Hedges LLP (the "Applicant"), the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of this District, it is hereby

ORDERED that the Application is APPROVED, and the Applicant is hereby awarded, on a final basis, the allowance of $296,706.50 in compensation for professional services and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal; tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

10337914v2

$12,760.46 in reimbursement of expenses rendered to the Official Committee of Unsecured Creditors during the period of May 30, 2019 through July 31, 2019; it is further

ORDERED that the Applicant is hereby awarded, on an interim and final basis, the allowance of $137,685.50 in compensation for professional services and $9,414.54 in reimbursement of expenses rendered to the Official Committee of Unsecured Creditors during the period of August 1, 2019 through October 8, 2019; it is further

ORDERED that the Debtors are authorized forthwith to disburse to Applicant the total amount of $456,567.00, less interim compensation and reimbursement of expenses received by Applicant pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Chapter 11 Case Professionals*.

**Signed:  December 13, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

10337914v2