

ENTERED
12/17/2019

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRISTOW GROUP INC., *et al.*,[1] | ) | Case No. 19-32713 (DRJ) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## FINAL DEGREE GRANTING REORGANIZED DEBTORS' MOTION TO CLOSE CERTAIN OF THE CHAPTER 11 CASES
(Docket No. 918)

Upon the motion (the "Motion")[2] of the above-captioned Reorganized Debtors for entry of an final decree (this "Final Decree"), pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the Affiliate Cases, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Reorganized Debtors and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given, and no other or further notice is necessary except as set forth herein; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion;

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address of the Reorganized Debtors listed above is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042.

[2] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth in this Final Decree.

2. The following Affiliate Cases are hereby closed; *provided* that this Court shall retain jurisdiction as provided in the Plan and Confirmation Order: (i) BHNA Holdings Inc, Case No. 19-32714; (ii) Bristow Alaska Inc, Case No. 19-32716; (iii) Bristow Helicopters Inc., Case No. 19-32718; (iv) Bristow U.S. Leasing L.L.C., Case No. 19-32719; (v) Bristow U.S. LLC, Case No. 19-32720; (vi) BriLog Lease Ltd., Case No. 19-32715; and Bristow Equipment Leasing Limited, Case No. 19-32717.

3. The Lead Case of Bristow Group Inc., Case No. 19-32713 shall remain open pending the entry of a final decree by this Court closing the Lead Case.

4. The Remaining Matters, whether or not they pertain to the Lead Case or Affiliate Cases, including any Claims Objections with respect to claims against the Affiliate Reorganized Debtors or Potential Adversary Proceedings that are against or may be commenced by an Affiliate Reorganized Debtor, shall be filed, administered, and adjudicated in the Lead Case without the need to reopen the Affiliate Cases.  Any failure of the Reorganized Debtors to file an objection to any claim or interest in the Affiliate Cases on or prior to entry of this Final Decree shall not constitute allowance of the claim or interest and shall not result in such claim or interest being deemed Allowed (as defined in the Plan) against or in any Reorganized Debtors.  Any objections to claims against or interests in the Affiliate Reorganized Debtors may be filed, administered, and adjudicated in the Lead Cases until the deadline set forth in Article VII.F of the Plan, as it may be extended from time to time.

5. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party-in-interest to seek to reopen any of these chapter 11 cases for cause pursuant

to section 350(b) of the Bankruptcy Code and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against the Reorganized Debtors in these chapter 11 cases as contemplated by the Plan and the Confirmation Order. Nothing in this Final Decree shall change the amount or nature of any distribution, or any other substantive rights, that any claim against or interest in any Reorganized Debtor would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, or otherwise had this Final Decree not been entered.

6. The Affiliate Reorganized Debtors shall (a) file or otherwise provide to the U.S. Trustee their Chapter 11 Post-Confirmation Quarterly Summary Report with respect to the reporting period from the end of the Prior Reporting Period through and including the entry of this Order (the "<u>Final Period</u>"), and (b) pay all United States Trustee Quarterly Fees due and owing for the Final Period on or before January 31, 2020.

7. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Final Decree.

**Signed: December 16, 2019.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE